IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Timothy W.G. Gipson,                           :
                                               :        Case No. 1:26-cv-526
    Plaintiff,                              :
                                               :        Judge Susan J. Dlott
    v.                                      :
                                               :        Order Adopting Report and
City of Cincinnati, Ohio, *et al.*,            :        Recommendation
                                               :
    Defendants.                             :

This matter is before the Court on the Report and Recommendation issued by Chief

Magistrate Judge Stephanie K. Bowman on June 10, 2026 recommending that this federal action

be dismissed and remanded to state court.  (Doc. 7.)  This is so because Gipson is the plaintiff in

the state court action of *Gipson v. City of Cincinnati*, Case No. A2600657 (Hamilton County Ct.

of Common Pleas) (filed Feb. 4, 2026).

As the Report and Recommendation cites, 28 U.S.C. §1441 governs the removal of civil

actions and provides that "any civil action brought in a State court of which the district courts of

the United States have original jurisdiction, may be removed by *the defendant or the defendants*,

to the district court of the United States for the district and division embracing the place where

such action is pending." 28 U.S.C. § 1441(a) (emphasis added).  Because Gipson is the *plaintiff*

in his state court action, he may not remove his case from state to federal court as he attempted to

do.  *See Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 104 (1941).  Plaintiff did not file a

timely objection within fourteen days of the Report and Recommendation being filed.[1]

Accordingly, because the Chief Magistrate Judge correctly found that this action was not

---

[1] However, on July 23, 2026, Gipson filed a Motion for Extension of Time (*see* Doc. 9) arguing he needs additional time to respond to the Report and Recommendation due to a purported issue with delivery by mail.  Because any objection would be futile given the clear jurisdictional issue identified in the Report and Recommendation, the Court declines to provide an extension of time.

1

properly removed to federal court, the Report and Recommendation (Doc. 7) is **ADOPTED,** and this matter is **DISMISSED AND REMANDED TO THE STATE COURT**.

      **IT IS SO ORDERED.**

                BY THE COURT:

                S/Susan J. Dlott
                Susan J. Dlott
                United States District Judge

2